**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Joshua Wayne Trotter,<br><br>                    Defendant. | CR 05-1135-PHX-PGR<br><br>**ORDER** |

Upon motion of the Government, and good cause appearing,

IT IS HEREBY ORDERED the Settlement Conference in the above-captioned matter, currently scheduled for June 27, 2006, at 10:00 a.m., be continued to the 12th day of July, 2006, at 10:00 a.m., Courtroom 302 before U. S. Magistrate Judge Lawrence O. Anderson.

DATED this 26th day of June, 2006.

Lawrence O. Anderson
United States Magistrate Judge