**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Joshua Wayne Trotter,<br><br>    Defendant. | CR 05-1135-PHX-PGR<br><br>**ORDER** |

Upon motion of the Government, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the defendant's Motion to Continue the Settlement Conference (Dkt. #27).  This Court specifically finds that the ends of justice are served by granting an extension.  This finding is based upon the Court's conclusion that the failure to grant such an extension could deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS THEREFORE ORDERED** continuing the Settlement Conference from July 12, 2006 to **August 10, 2006 at 10:00 a.m.** before the undersigned.

DATED this 10th day of July, 2006.

Lawrence O. Anderson
United States Magistrate Judge

cc: AUSA, Dfns Cnsl. Prob.